JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GONZALES, | Case No. CV 09-586-DSF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| D. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 3/26/12           *Dale S. Fischer*

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE